**Motion Granted and Order filed September 10, 2020.**



**In The**

# Fourteenth Court of Appeals
———————————

**NO. 14-19-00877-CR**
———————————

**ROBERT MARK TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CR-3074**

## ORDER

Appellant is represented by appointed counsel, Marcus J. Fleming. Appellant's brief was originally due **March 26, 2020.** We have allowed more than 90 days to file appellant's brief. When we granted the last extension, until August 14, 2020, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On August 18, 2020, a late brief

notice issued. On August 28, 2020, counsel filed a further motion to extend time to file appellant's brief for thirty days.

We GRANT the motion and issue the following order. We order Marcus J. Fleming to file a brief with the clerk of this court **on or before October 9, 2020**.

If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Wise and Bourliot.